Nks,UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-22056-CMA

ALVIA JOHNSON,

        Plaintiff,

v.

CELEBRITY CRUISES, INC.

        Defendant.
_____/

## NOTICE OF SETTLEMENT

    Defendant, CELEBRITY CRUISES INC., by and through undersigned counsel, hereby notifies the Court that the parties have reached an amicable settlement of all claims in the above-styled matter. A Joint Stipulation of Dismissal and proposed Order of Dismissal With Prejudice will be filed forthwith pursuant to satisfaction of the settlement terms.

Dated:  September 13, 2023
         Miami, Florida

                        Respectfully submitted,

                        By:__/s/ Randy Ginsberg_____
                           Randy Ginsberg
                           Fla. Bar No.: 185485
                           rginsberg@rccl.com
                           CELEBRITY CRUISES INC.
                           *Attorneys for Defendant*
                           1050 Caribbean Way
                           Miami, FL 33132
                           Tel.: (305) 539-6327 / (305) 539-4457
                           Fax: (305) 539-6561

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of September, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I ALSO CERTIFY that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

/s/ Randy Ginsberg_____
Randy Ginsberg
Fla. Bar No.: 185485

## SERVICE LIST

| Robert L. Gardana, Esq. | Randy S. Ginsberg, Esq. |
|---|---|
| robert@gardanalaw.com | rginsberg@rccl.com |
| staff@gardanalaw.com | CELEBRITY CRUISES INC. |
| ROBERT L. GARDANA, P.A. | 1080 Caribbean Way |
| 12350 SW 132nd Court, Suite 204 | Miami, Florida   33132 |
| Miami, FL 33186 | Tel. (305) 539-6327 |
| Phone: (305) 358-0000 | Alt. (305) 539-4457 |
| Fax: (305)358-1680 | Fax (305) 539-6561 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |